

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/10/2021__
```

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**KATHERINE J. WEALL**
tel: 212-356-5055
mobile: 646-370-0051
kweall@law.nyc.gov

December 9, 2021

Honorable Andrew L. Carter Jr. *(by ECF)*
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re: <u>Cunningham v. Agro</u>, 15 CV 1266 (ALC) (GWG)

Your Honor:

    The undersigned is an attorney in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, and counsel for defendant Rose Agro in the above-referenced matter. Defendant writes with the consent of plaintiff's counsel to respectfully request that the Court grant a brief enlargement of the briefing schedule proposed by the Court in its Order of December 7, 2021, due to scheduling conflicts over the next three weeks, including briefing in three other cases, and a trial scheduled starting February 1, 2022 before the Honorable Lorna G. Schofield in the matter <u>Pemberton v. City of New York</u> et al., 18-Civ.-7908 (LGS).

    Defendants propose the following briefing schedule, to which plaintiff has consented: opening brief due January 14, 2022; opposition brief due February 7, 2022; and reply brief due February 21, 2022.

    Thank you for your consideration of the above.

                              Respectfully submitted,

                              /s/ *Katherine J. Weall*

                              Katherine J. Weall

cc:    Kyla Jackson, Esq. *(by ECF)*
        Copatrick Thomas, Esq. *(by ECF)*

**Application GRANTED.**

SO ORDERED: *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 12/10/2021