UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMIR CUNNINGHAM,

                    Plaintiff,

-against-                                    15 **CIVIL** 1266 (ALC)

## **JUDGMENT**

ROSE AGRO, Former Warden Of Anna M.
Kross Center,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 28, 2023

                                        **RUBY J. KRAJICK**

                                        _____
                                        **Clerk of Court**

                    **BY:**      *K. Mango*

                                        _____
                                        **Deputy Clerk**